CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Roanoke
FEB 18 2014
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **KEENEN D. GRIFFIN,** ) | |
| Plaintiff, ) | Civil Action No. 7:14-cv-00032 |
| ) | |
| v. ) | **DISMISSAL ORDER** |
| ) | |
| **C/O STIDHAM, et al.,** ) | By:  Jackson L. Kiser |
| Defendant(s). ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 18th day of February, 2014.

/s/ Jackson L. Kiser
Senior United States District Judge