CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Roanoke
FEB 18 2014
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KEENEN D. GRIFFIN,<br>　　Plaintiff, | )<br>)　Civil Action No. 7:14-cv-00032<br>) |
| v. | )　**DISMISSAL ORDER**<br>) |
| C/O STIDHAM, et al.,<br>　　Defendant(s). | )　By:　Jackson L. Kiser<br>)　　　Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 18th day of February, 2014.

　　　　　　　　　　　　　　　　/s/ Jackson L. Kiser
　　　　　　　　　　　　　　　　Senior United States District Judge